UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Data Intensity, LLC</u>

    v.                                          Case No. 21-cv-781-PB

<u>Nathan Spero, et al.</u>


<u>JUDGMENT</u>

In accordance with Order by District Judge Paul Barbadoro dated March 25, 2024, and Stipulation of Dismissal as to case filed on September 15, 2025, judgment is hereby entered.

                                              By the Court:

                                              /s/ Tracy A. Uhrin
                                              Tracy A. Uhrin
                                              Clerk of Court


Date: September 16, 2025

cc:   Counsel of Record